IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | |
|---|---|
| JIMMY BEAUMONT | § |
| VS. | §   CIVIL ACTION NO. 1:05cv111 |
| WARDEN MORRIS | § |

### FINAL JUDGMENT

This action came on before the Court, Honorable Thad Heartfield, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered, it is

**ORDERED** and **ADJUDGED** that the above-styled petition for writ of habeas corpus is **DISMISSED**.

All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED** this the **18** day of **August, 2005.**

_____
Thad Heartfield
United States District Judge